IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAKERIA MONTGOMERY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action No. 25-00188-KD-B |
| | ) |
| **MOBILE COUNTY SHERIFF'S** | ) |
| **DEPARTMENT/MOBILE METRO JAIL,** | ) |
| **LIEUTENANT VERONICA WILCOX,** in | ) |
| her Individual and Official Capacity, and | ) |
| **THOMAS RICHARDSON,** Senior | ) |
| Investigator for the Department of Labor, | ) |
| in his Individual Capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (docs. 51, 52) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 50) is ADOPTED in part,[1] as set forth herein, as the opinion of the Court.

The Court adopts the Recommendation (doc. 50, p. 1-10) that Mobile County Sheriff's Department and Mobile Metro Jail are not legal entities subject to suit and therefore, should be dismissed from this action. Accordingly, their Motion to Dismiss (doc. 7) is GRANTED.

The Court agrees that at this stage, Montgomery has plausibly alleged sufficient facts to establish that Lt. Wilcox was her employer and plausibly alleged a Uniform Services

---

[1] "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1).

Employment and Reemployment Rights Act (USERRA) claim against Lt. Wilcox (doc. 50, p. 15-16).  However, the Court does not have jurisdiction over the USERRA claim against Lt. Wilcox.  Lt. Wilcox is sued in her capacity as a "person" the employer (Mobile County Sheriff) has designated the performance of employment related responsibilities.  Thus, as an "alter ego" of the Sheriff, Lt. Wilcox acts exclusively for the State of Alabama. Johnson v. Colbert Cnty., No. 3:20-CV-01923-AKK, 2021 WL 3861051, at *3 (N.D. Ala. Aug. 30, 2021).  Federal Courts do not have jurisdiction to entertain USERRA suits against state employers. "[J]urisdiction to entertain private USERRA suites against state employers lies exclusively in state court."  Wood v. Fla. Atl. Univ. Bd. of Trustees, 432 F. App'x 812, 815 (11th Cir. 2011).  Accordingly, Lt. Wilcox's Motion to Dismiss (doc. 7) is GRANTED.

The Clerk is directed to terminate Mobile County Sheriff's Department/Mobile Metro Jail and Lt. Wilcox as Defendants.

DONE and ORDERED this 6th day of March 2026.

>s/ Kristi K. DuBose
>KRISTI K. DuBOSE
>UNITED STATES DISTRICT JUDGE