## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LAKERIA MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 25-00188-KD-B |
| | ) | |
| MOBILE COUNTY SHERIFF'S | ) | |
| DEPARTMENT/MOBILE METRO JAIL, | ) | |
| LIEUTENANT VERONICA WILCOX, in | ) | |
| her Individual and Official Capacity, and | ) | |
| THOMAS RICHARDSON, Senior | ) | |
| Investigator for the Department of Labor, | ) | |
| in his Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which Plaintiff Lakeria Montgomery has made objections, the report and recommendation of the Magistrate Judge dated June 2, 2026 (Doc. 56) is **ADOPTED** as the opinion of this Court.

Because Montgomery is suing Defendant Thomas Richardson in his <u>individual capacity,</u> (see Doc. 3, Amended Complaint, p. 8) the Department of Labor is not necessarily designated to receive <u>his personal mail on his behalf.</u> The evidence submitted could possibly indicate, if Richardson were sued in his official capacity, adequate service on him in his <u>official</u> capacity.

Accordingly, it is **ORDERED** that Plaintiff Montgomery's claims against Defendant Richardson in this action are **DISMISSED without prejudice** for failure to perfect service on Defendant Richardson in his individual capacity pursuant to Federal Rule of Civil Procedure 4(m).

**DONE** and **ORDERED** this the 30th day of June 2026.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**
